FILED

02/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 22-0724

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAY LE CLEVELAND,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 24, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 14 2023